THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal association,<br><br>Plaintiff,<br><br>v.<br><br>M/V WILDERNESS EXPLORER, Official No. 520611; M/V WILDERNESS ADVENTURER, Official No. 664136; and M/V WILDERNESS DISCOVERER, Official No. 952722, *In Rem*,<br><br>Defendants.<br><br>GOLDBELT ENTERPRISES, INC., an Alaska Corporation, and CULTURAL PRESERVATION, INC., an Alaska Corporation,<br><br>Claimants/Plaintiffs-In-Intervention,<br><br>v.<br><br>M/V WILDERNESS EXPLORER, Official No. 520611; M/V WILDERNESS ADVENTURER, Official No. 664136; and M/V WILDERNESS DISCOVERER, Official No. 952722, *In Rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>CONSOLIDATED ACTIONS<br><br>Case No. C06-0105 MJP<br><br>EX PARTE ORDER GRANTING GOLDBELT ENTERPRISES, INC., AND CULTURAL PRESERVATION, INC., LEAVE TO INTERVENE<br><br>**CLERK'S ACTION REQUIRED** |

THIS MATTER having come before the Court upon the Ex Parte Motion of

Goldbelt Enterprises, Inc., and Cultural Preservation, Inc., for Leave to Intervene, and the

EX PARTE ORDER GRANTING GOLDBELT ENTERPRISES, INC.,
AND CULTURAL PRESERVATION,
INC., LEAVE TO INTERVENE 1
Case No. C06-0105 MJP

Court having reviewed the Verified Complaint of Goldbelt Enterprises, Inc., and Cultural Preservation, Inc., attached to the motion, and it appearing that the Complaint asserts a maritime lien for necessaries provided to the defendant vessels M/V WILDERNESS EXPLORER, Official No. 520611; M/V WILDERNESS ADVENTURER, Official No. 664136; and M/V WILDERNESS DISCOVERER, Official No. 952722, which lien could be impaired or eliminated if Goldbelt Enterprises, Inc., and Cultural Preservation, Inc., are not permitted to intervene herein,

NOW THEREFORE, IT IS HEREBY ORDERED that Goldbelt Enterprises, Inc., and Cultural Preservation, Inc., are granted leave to intervene in this action upon their Verified Complaint-in-Intervention.

The Clerk of the Court is directed to file the Verified Complaint-in-Intervention of Goldbelt Enterprises, Inc., and Cultural Preservation, Inc., previously lodged with the Court.

DATED this ___23rd_____ day of ____March_____, 2006.

　　　　　　　　　　　　　　　　　　_____/s Marsha J. Pechman_____
　　　　　　　　　　　　　　　　　　THE HONORABLE MARSHA J. PECHMAN

Presented By:

HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, WSBA #14292
Attorneys for Claimant-Intervenors Goldbelt
Enterprises, Inc., and Cultural Preservation, Inc.
999 Third Avenue, Suite 2600
Seattle, WA 98104
jcasperson@hwb-law.com