THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal association,<br><br>   Plaintiff,<br><br> v.<br><br>M/V WILDERNESS EXPLORER, Coast Guard Official No. 520611, IN REM,<br><br>   Defendant. | IN ADMIRALTY<br><br>**CONSOLIDATED ACTIONS**<br><br>No. C06-0105 MJP<br><br>**STIPULATION AND ORDER AUTHORIZING SUBSTITUTE CUSTODIAN TO ALLOW INSPECTIONS OF VESSELS AND TO ALLOW CLEANING CREW PURSUANT TO LAR 135(b)(5) AND LAR 135 (d)** |
| WASHINGTON MUTUAL BANK, a federal association,<br><br>   Plaintiff,<br><br> v.<br><br>M/V WILDERNESS ADVENTURER, Coast Guard Official No. 664136, IN REM,<br><br>   Defendant. | **NOTED ON MOTION CALENDAR MARCH 30, 2006**<br><br>No. C06-0106 MJP |
| WASHINGTON MUTUAL BANK, a federal association,<br><br>   Plaintiff,<br><br> v.<br><br>M/V WILDERNESS DISCOVERER, Coast Guard Official No. 952722, IN REM,<br><br>   Defendant. | No. C06-107 MJP<br><br>**CLERK'S ACTION REQUIRED** |

STIPULATION AND ORDER - 1
Case No. C06-0105 MJP

251600.0046/1282573.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Plaintiff Washington Mutual Bank and Intervenor Plaintiffs Goldbelt Enterprises, Inc., Cultural Preservation, Inc., Jeffrey Allen, Shoreside Petroleum, Inc. and Harbor Enterprises, Inc. dba Petro Marine Services, by and through their respective counsel of record do Agree and Stipulate as follows:

1. On January 20, 2006, this Court appointed Roger Lohrer as the Substitute Custodian of the M/V WILDERNESS EXPLORER, Coast Guard Official No. 520611, M/V WILDERNESS ADVENTURER, Coast Guard Official No. 664136 and M/V WILDERNESS DISCOVERER, Coast Guard Official No. 952722 (the "Vessels"). The Vessels were arrested by the United States Marshal on January 24, 2006, and have been in the custody of the Substitute Custodian since that date. This Court entered an Order of Default on March 16, 2006.

2. Local Admiralty Rule 135(b)(5) provides that "*no person except the appointed Substitute Custodian will be allowed to enter the Vessel except as ordered by this Court for safekeeping and to protect the Vessel.*" Accordingly, the Parties must seek this Court's approval for prospective purchasers to board and inspect the Vessels.

3. The Parties have been approached by prospective purchasers seeking to inspect the Vessels in advance of any judicial sale by the United States Marshal. The Parties stipulate that allowing prospective purchasers and marine surveyors to board and inspect the Vessels for the purpose of assessing market value in the presence and under the supervision and control of the Substitute Custodian is appropriate under the circumstances and in the best interest of all Parties.

4. The Parties agree, stipulate and request that this Court enter an Order allowing the Substitute Custodian to permit boarding and inspection of the Vessels by prospective purchasers and marine surveyors in order to determine the Vessels' condition and value. The Parties agree and stipulate that any individual boarding under the supervision of the Substitute Custodian shall be required to execute a Release and Hold Harmless Agreement and

STIPULATION AND ORDER - 2
Case No. C06-0105 MJP

251600.0046/1282573.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

indemnify the United States, the United States Marshal, the Parties, the Substitute Custodian and the Vessels from any and all claims whatsoever arising out of their entry aboard the Vessels.  The Parties agree and stipulate that the Substitute Custodian shall have discretion to arrange reasonable times for boarding and inspection of the Vessels by prospective purchasers and marine surveyors as often as is necessary.  All costs of such boarding and inspection shall, upon further order of this Court, be deemed administrative expenses or expenses in *custodia legis*.

5. Pursuant to LAR 135(c), the Vessels, according to the Substitute Custodians, require cleaning prior to any inspection.  The Parties agree, stipulate and request an Order from this Court authorizing Plaintiff, Washington Mutual Bank, at its *sole* expense, to retain a cleaning crew to board the Vessels under the direction and supervision of the Substitute Custodian and clean them in advance of any inspections by prospective purchasers.  The Parties agree that the cost shall not exceed $600.00 and that any cleaning crew shall be required to execute a Release and Hold Harmless Agreement and to hold harmless and indemnify the United States, the United States Marshal, the Vessels and all Parties from any and all claims whatsoever arising out of the cleaning crew's activity aboard the Vessels.

6. The Parties have attached an Order for this Court's consideration.

SO AGREED AND STIPULATED on this the ____ day of March, 2006.

LANE POWELL PC

Dated:_____

Katie Smith Matison, WSBA #20737
Charles R. Ekberg, WSBA #342
Attorneys for Plaintiff
Washington Mutual Bank, a federal association

STIPULATION AND ORDER - 3
Case No. C06-0105 MJP

251600.0046/1282573.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

HELSELL FETTERMAN LLP

Dated:_____    _____
Scott Edward Collins, WSBA #18399
Attorneys for Intervenor Plaintiffs
Shoreside Petroleum Inc., Harbor
Enterprises, Inc. dba Petro Marine Services

HOLMES WEDDLE & BARCOTT

Dated:_____    _____
John E. Casperson, WSBA #14292
Attorney for Intervenor Plaintiffs Goldbelt
Enterprises, Inc. and Cultural Preservation,
Inc.

GINSTER WEBB

Dated:_____    _____
Anthony Joseph Ginster, WSBA #19310
Gordon C. Webb, WSBA #22777
Attorney for Intervenor Plaintiff Jeff Allen

## **ORDER**

THIS DAY THIS CAUSE came on to be heard upon the Stipulation of the Plaintiff and Plaintiffs in Intervention seeking to allow prospective purchasers, marine surveyors and a cleaning crew to board the Vessels under the supervision of the Substitute Custodian, pursuant to LAR 135(b)(5) and (d) and this Court, upon consideration thereof, finds that this Stipulated Relief should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Substitute Custodian may permit boarding and inspection of the Vessels by marine surveyors, and prospective purchasers in order to determine the Vessels' condition and value. All costs of boardings and inspections shall be deemed administrative costs or expenses in *custodia legis*. All persons entering aboard the Vessels shall execute a Waiver, Release and Hold Harmless Agreement

STIPULATION AND ORDER - 4
Case No. C06-0105 MJP

251600.0046/1282573.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  releasing and holding harmless the United States, the United States Marshal, all Parties herein
2  and the Vessels *in rem* from any and all claims whatsoever arising out of the inspections of
3  the Vessels.  The Substitute Custodian is hereby granted authorization to arrange any
4  boardings and inspections of the Vessel as frequently as necessary and at such reasonable
5  times as may be necessary.

6      IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff Washington
7  Mutual Bank, is hereby authorized to allow a cleaning crew to board the Vessels at
8  Washington Mutual Bank's *sole* expense to clean the Vessels under the supervision of the
9  Substitute Custodian.  The cleaning crew must execute a Waiver, Release and Hold Harmless
10 Agreement releasing the United States, the United States Marshal, the Vessels and all Parties
11 herein from any and all claims whatsoever arising out of their activities aboard the Vessels.

12     The United States Clerk of this Court is Ordered to deliver copies of this Order to the
13 United States Marshal.

14     SO ORDERED AND ADJUDGED this the _31st_ day of March, 2006.

16                 /s Marsha J. Pechman
17                 Judge Marsha J. Pechman

18 Presented by:

   LANE POWELL PC
19

20

21 By_____
      Katie Smith Matison, WSBA #20737
      Charles R. Ekberg, WSBA #342
22 Attorneys for Plaintiff
   Washington Mutual Bank, a federal
23 association

24

25

26

STIPULATION AND ORDER - 5
Case No. C06-0105 MJP

251600.0046/1282573.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  HELSELL FETTERMAN LLP

2

3  _____
   Scott Edward Collins, WSBA #18399
4  Attorneys for Intervenor Plaintiffs
   Shoreside Petroleum Inc., Harbor
5  Enterprises, Inc. dba Petro Marine Services

6
   HOLMES WEDDLE & BARCOTT
7

8

9  _____
   John E. Casperson, WSBA #14292
   Attorney for Intervenor Plaintiffs Goldbelt
10 Enterprises, Inc. and Cultural Preservation,
   Inc.
11

12 GINSTER WEBB

13

14 _____
   Anthony Joseph Ginster, WSBA #19310
   Gordon C. Webb, WSBA #22777
15 Attorney for Intervenor Plaintiff Jeff Allen

16 Approved by:

17 UNITED STATES MARSHAL

18
   By_____
19     Diana Ohashi

20

21

22

23

24

25

26

STIPULATION AND ORDER - 6
Case No. C06-0105 MJP

251600.0046/1282573.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107