UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal association,<br><br>            Plaintiff,<br><br>  v.<br><br>M/V/WILDERNESS EXPLORER, Coast Guard Official N. 520611, IN REM,<br><br>            Defendant. | Case No. C06-105P<br>CONSOLIDATED ACTIONS<br><br>TAXATION OF COSTS |
| WASHINGTON MUTUAL BANK, a federal association,<br><br>            Plaintiff,<br><br>  v.<br><br>M/V WILDERNESS ADVENTURER, Coast Guard Official No. 664136, IN REM,<br><br>            Defendant. | C06-106P |
| WASHINGTON MUTUAL BANK, a federal association,<br><br>            Plaintiff,<br><br>  v.<br><br>M/V WILDERNESS DISCOVERER, Coast Guard Official No. 95722, IN REM,<br><br>            Defendant. | C06-107P |

Costs in the above-entitled action are hereby taxed against DEFENDANT VESSELS, the M/V WILDERNESS EXPLORER, Coast Guard Official N. 520611, M/V WILDERNESS ADVENTURER, Coast Guard Official N. 664136 and M/V WILDERNESS DISCOVERER, Coast Guard Official No. 952722 and on behalf of PLAINTIFF in the amount of $114,925.69.

Dated this ___6th___ day of JUNE, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2